NO. 07-00-0174-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL B

 OCTOBER 26, 2010

 JAMES B. CRENSHAW,

 Appellant

 V.

 MIDWEST CONCRETE, INC., STEVE HOLBERT,
 KENNETH THOMAS, AND BEVERLY HOLBERT,

 Appellees
 ____________________________

 FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;

 NO. 97-560,037; HONORABLE CECIL G. PURYEAR, PRESIDING

 Memorandum Opinion

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 James B. Crenshaw appeals from the trial court's summary judgment. We
dismiss the appeal. On July 17, 2000, this Court issued an opinion
removing this case from the docket and abating it because appellee Midwest
Concrete had filed a bankruptcy petition. The bankruptcy proceedings were
closed as of July 15, 2010, and this court reinstated the case on the
docket on September 14, 2010. Also on September 14, 2010, counsel for
appellant was notified that appellant's brief was due no later than October
14, 2010, no extension would be granted, and if the brief was not filed by
the deadline, the appeal would be dismissed for want of prosecution. To
date, no brief or motion to extend the deadline has been filed. Nor has
the court received any explanation for the omission.

 Accordingly, we dismiss the appeal for want of prosecution. Tex. R.
App. P. 38.8(a)(1); 42.3(b).

 Per Curiam